UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SABRINA JOHNS-TRAYLOR,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WAL-MART INC.,<br><br>　　　　Defendant. | Case No. 2:23-cv-00375-RFB-NJK<br><br>**Order** |

This case has been removed on diversity grounds. *See* Docket No. 1.

To assist federal courts in ensuring that diversity jurisdiction exists, the disclosure statement filed by each party "must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party." Fed. R. Civ. P. 7.1(a)(2).[1] Neither party identifies their citizenship in their certificate of interested parties. *See* Docket Nos. 2 (Defendant's certificate of interested parties); 7 (Plaintiff's certificate of interested parties).

Accordingly, Plaintiff and Defendant must file amended certificates of interested parties by April 11, 2023, fully identifying their citizenship.

IT IS SO ORDERED.

Dated: April 4, 2023

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This federal rule became effective on December 1, 2022.