1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SABRINA JOHNS-TRAYLOR,

      Plaintiff,

v.

WAL-MART INC.,

      Defendant.

Case No. 2:23-cv-00375-RFB-NJK

**ORDER**

[Docket No. 12]

11      Pending before the Court is the parties' proposed discovery plan.  Docket No. 12.  The
12 presumptively reasonable discovery period is 180 days.  Local Rule 26-1(b)(1).  Here, however,
13 the parties seek a 365-day discovery period.  Docket No. 12 at 2.  When a specific showing has
14 been made that established deadlines cannot be met in a particular circumstance, the Court has
15 found good cause for extension.  The instant request makes no specific showing at all and is instead
16 erroneously marked as being submitted in compliance with Local Rule 26-1(b).

17      Accordingly, the proposed discovery plan is **DENIED** without prejudice.  An amended
18 discovery plan must be filed by May 10, 2023.  To the extent special scheduling review is sought
19 therein, a specific showing must be made as to why the presumptively reasonable deadlines should
20 not apply based on the particular circumstances of this case.  Otherwise, the parties must include
21 the default deadlines, properly calculated from the date of Defendant's answer or first appearance.

22      IT IS SO ORDERED.

23      Dated: May 3, 2023

24
25                           Nancy J. Koppe
                           United States Magistrate Judge
26
27
28

1